UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

05-10289

| | |
|---|---|
| In re | Chapter 11 |
| COMMCO TECHNOLOGY, L.L.C., | Case No. 00-51488 (AHWS) |
| Debtor. | |
| BARBARA H. KATZ, CHAPTER 11 TRUSTEE, | Adv. Pro. No. 03-5116 |
| Plaintiff | |
| v. | |
| SIERRACOM, INC., | |
| Defendant. | |

## JUDGMENT

Judgment is hereby entered in favor of Barbara H. Katz, Chapter 11 Trustee against Sierracom, Inc. in the amount of $356,481.80, each party to bear its own costs. This judgment will bear interest at the legal rate for judgments specified by the laws of the State of Connecticut from this date until the date that the judgment is satisfied in full.

Dated at Bridgeport, Connecticut this 1 day of June, 2005.

_____
Clerk of United States Bankruptcy Court

AFB/31441/1/655814v1
05/13/05-SPT/ I certify that this is a true and correct copy of the original which is on file at the Office of the Clerk.

_____   7-14-05
Deputy Clerk, U.S. Bankruptcy Court   Date